IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
AUG 2 2 2003
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

CIVIL ACTION NO. 3:03-cv-568-J-25
BANKRUPTCY NO. 00-01047-3P7
ADVERSARY CASE NO. 00-354

MINDY M. WEISS, APPELLANT and CROSS-APPELLEE

v.

GORDON P. JONES, APPELLEE and CROSS-APPELLANT

Appeal from the United States Bankruptcy Court
for the Middle District of Florida, Jacksonville Division

**APPENDIX TO**
**ORIGINAL BRIEF OF MINDY M. WEISS, APPELLANT and CROSS-APPELLEE**

AKERMAN SENTERFITT

David E. Otero
Florida Bar No. 0651370
Jacob A. Brown
Florida Bar No. 0170038
50 N. Laura St., Suite 2500
Jacksonville, FL 32202
904-798-3700 Telephone
904-798-3730 Facsimile

ATTORNEYS FOR MINDY M. WEISS

{JA139427;1}

Filed Separately — *Not scanned — Refer to Court File*