UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

ROBERT JAMES HILL,

    Debtor.
_____/

MINDY M. WEISS,

    Appellant,                               Case No.: 3:03-cv-568-J-25

v.                                                  Bankruptcy
                                                     Case No.: 00-1047 BKC 3P7

GORDON P. JONES, TRUSTEE,

    Appellee.
_____/

## OPINION

This appeal and cross-appeal arises from a judgment entered by the United States Bankruptcy Court, the Honorable George L. Proctor, presiding. That judgment was entered in accordance with Judge Proctor's Findings of Fact and Conclusions of Law.[1] This Court has jurisdiction pursuant to 28 U.S.C. Section 158(a) and Federal Rule of Bankruptcy Procedure 8001(a).

Upon review of the briefs, the case law cited therein, the appendix (Dkt. 9), the record, Appellant's Notice of Filing Additional Authority (Dkt. 17) and Appellee's Response (Dkt. 19), the Court concludes that Judge Proctor's legal conclusions were correct and none of his factual findings were clearly erroneous.

---

[1] Judge Proctor's Findings of Fact and Conclusions of Law can be found within Appellant's Appendix to [Her] Original Brief at Tab A (Dkt. 9).

Accordingly, the order of the bankruptcy court is **AFFIRMED**. The Clerk is **DIRECTED** to enter judgment in favor of **APPELLEE** and **CLOSE** this case.

**DONE AND ORDERED** in Chambers this 30 day of September, 2004.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable George L. Proctor, Bankruptcy Judge, Middle District of Florida
Counsel of Record